UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-227-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| LEWIS EUGENE ROSS | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 59 and its accompanying order be sealed until further order of this Court, except that copies may be provided to the United States Attorney and counsel for the defendant.

This the __2__ day of __January__ 2019.

JAMES C. DEVER, III
United States District Judge